STATE of Missouri, Respondent,

v.

Richard Loren ROBINSON, Appellant.

No. WD 37648.

Missouri Court of Appeals,
Western District.

Aug. 6, 1986.

Andrew J. Gelbach, Warrensburg, for appellant.

William L. Webster, Atty. Gen., Kansas City, Philip M. Koppe, Asst. Atty. Gen., for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of motion to withdraw guilty plea pursuant to Rule 29.07(d).

Appeal dismissed. Rule 30.25(b).